UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

HARVEY PRESTON,

        Plaintiff,                   Case No. 1:23-cv-351

v.                                          Honorable Ray Kent

JOHN DAVIDS et al.,

        Defendants.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that within twenty-eight (28) days of the date hereof, Plaintiff shall either (1) show cause as to why he should not be barred from proceeding *in forma pauperis* even though he has accrued "three strikes" pursuant to 28 U.S.C. § 1915(g); or (2) pay the $402.00 filing fees to the Clerk of this Court. Plaintiff's failure to comply with this order will result in denial of leave to proceed *in forma pauperis* and dismissal of this case without prejudice.

Dated:  April 12, 2023                        /s/ Ray Kent
                                                 Ray Kent
                                                 United States Magistrate Judge

**SEND REMITTANCES TO**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**